IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATASHA WALKER                                                                PLAINTIFF

v.                              No. 3:21-cv-136-DPM

IZORA CHURCH; and UNITED
COUNTRY DIAMOND G REALTY                                      DEFENDANTS

ORDER

1.  Walker contracted with United Country Diamond G. Realty to sell residential property.  She says that after she entered into the contract, her real estate agent, Izora Church, made blatantly racist remarks to potential buyers that interfered with her contractual rights and caused her damage.  She also claims that she sought to end the contract, but those efforts were ignored by the defendants. Walker sues Church and United Realty under 42 U.S.C. § 1981.  The defendants have moved to dismiss for failure to state a claim.  The Court accepts the pleaded facts as true. *Trone Health Services Inc. v. Express Scripts Holding Co.*, 974 F.3d 845, 850 (8th Cir. 2020).

2.  Walker must plead her cause of action with enough specificity to state a plausible claim for relief.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  Her allegations are conclusory.  She doesn't say when or to whom the blatantly racist remarks were made.  She doesn't specify what words were said.  And she doesn't say how her contractual rights

-2-

were impaired.  Her complaint needs more particulars.  Walker, though, is entitled to re-plead and fill the gaps.  FED. R. CIV. P. 15(a)(2).

\* \* \*

Motion, *Doc. 6*, granted as modified.  Amended complaint due by 10 December 2021.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2021