IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATASHA WALKER                                                          PLAINTIFF

v.                              No. 3:21-cv-136-DPM

IZORA CHURCH and UNITED
COUNTRY DIAMOND G REALTY                                      DEFENDANTS

JUDGMENT

Walker's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 6 May 2022 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2022